UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE DESHAWN,<br><br>    Petitioner,<br><br>    v.<br><br>RISSIE OWENS, BOARD OF PARDONS AND PAROLES TEXAS DEPT OF CORRECTIONS, et al.,<br><br>    Respondent. | No. CV 11-4821-AG(AJW)<br><br>ORDER DISMISSING PETITION |

    Petitioner filed this petition for a writ of habeas corpus by a state prisoner on June 7, 2011. For the following reasons, the petition is subject to dismissal.

    In 1986, petitioner was convicted of forgery in Texas state court. [Petition at 2]. Subsequently, petitioner was released from prison, but it appears that he remains on parole. [Petition at 5]. He is currently incarcerated in county jail in San Francisco, California. [Petition at 1-2]. Although it is not entirely clear exactly what relief petitioner seeks or what action he attempts to challenge, it is clear that he is neither confined within the Central District of California nor challenging a conviction or sentence entered by a state or federal court within the Central District of California.

Therefore, this petition is not properly brought in this Court. <u>See</u> 28 U.S.C. § 2241(d). The possibility of transferring the case to the appropriate forum has been considered, but given the unclear nature of petitioner's allegations, it seems best to allow petitioner to select the appropriate forum for himself.

The petition is dismissed without prejudice to petitioner's ability to file a new habeas petition in the appropriate court.
**IT IS SO ORDERED.**

Dated: June 14, 2011

_____
Andrew J. Guilford
United States District Judge

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RONNIE DESHAWN,** | Case No. CV 11-4821-AG (AJW) |
| Petitioner, | |
| v. | [PROPOSED] JUDGMENT |
| **RISSIE OWENS, BOARD OF PARDONS AND PAROLES TEXAS DEPT OF CORRECTIONS, et al,** | |
| Respondents. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: _____

                                                      _____
                                                      Andrew Guilford
                                                      United States District Judge