**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **RONNIE DESHAWN,** | Case No. CV 11-4821-AG (AJW) |
| **Petitioner,** | |
| v. | JUDGMENT |
| **RISSIE OWENS, BOARD OF PARDONS AND PAROLES TEXAS DEPT OF CORRECTIONS, et al,** | |
| **Respondents.** | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: June 14, 2011

_____
Andrew Guilford
United States District Judge